MINUTE ENTRY
JANUARY 26, 2010
MOORE, M. J.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO. 10-12 |
| JAMES O'KEEFE | SECTION: MAG |

### INITIAL APPEARANCE

APPEARANCES:  _X_  DEFENDANT (WITH) WITHOUT COUNSEL _Eddie Castaing_

_X_  ASSISTANT U.S. ATTORNEY _JORDAN GINSBERG_
___  INTERPRETER _____

Designated by Court and sworn.   Time: _____ .M to _____ M.

_X_/ DEFENDANT WAS ADVISED OF HIS RIGHTS

_X_/ READING OF THE COMPLAINT WAS:
      READ   WAIVED  (SUMMARIZED)

_X_/ DEFENDANT INFORMED THE COURT THAT COUNSEL WOULD BE RETAINED

___/ REQUESTED COURT-APPOINTED COUNSEL; SWORN RE FINANCIAL STATUS

___/ FEDERAL PUBLIC DEFENDER APPOINTED TO REPRESENT THE DEFENDANT

___/ DEFENDANT FOUND NOT TO BE LEGALLY INDIGENT

MJSTAR: 00: 10

X / BAIL SET AT $10,000.00 unsecured (1) travel restricted to State of NJ w/Continental U.S. w/prior approval of PTS (2) no contact w/witnesses or co-defendants except for business purposes. (3) PTS supervision (4) surrender passport (5) obtain no passport (6) reside with parents

__/ DEFENDANT REMANDED TO THE CUSTODY OF THE U.S. MARSHAL

X / DEFENDANT RELEASED ON BOND

X / DEFENDANT INFORMED THAT (PRELIMINARY HEARING) REMOVAL HEARING / ARRAIGNMENT IS SET FOR February 12, 2010 at 10:00 am

__/ HEARING TO DETERMINE COUNSEL IS SET FOR _____

__/ DEFENDANT INFORMED THAT DETENTION HEARING IS SET FOR

_____

X / DEFENDANT ORDERED TO RE-APPEAR FOR (PRELIMINARY HEARING) REMOVAL HEARING / ARRAIGNMENT/DETENTION HEARING / HEARING TO DETERMINE COUNSEL   WITH COUNSEL_____