# EXHIBIT A



## District of Columbia Court of Appeals
### Committee on Admissions
430 E Street, N.W. — Room 123
Washington, D. C. 20001
202/879-2710

I, GARLAND PINKSTON, JR., Clerk of the District of Columbia

Court of Appeals, do hereby certify that

MICHAEL MADIGAN

---

was on the    16ᵀᴴ    day of ___DECEMBER, 1968___

duly qualified and admitted as an attorney and counselor and

entitled to practice before this Court and is, on the date

indicated below, a judicial member in good standing of this Bar.

In Testimony Whereof, I have
hereunto subscribed my name
and affixed the seal of this
Court at the City of
Washington, D.C., on March
24, 2010.

GARLAND PINKSTON, JR., CLERK

By: _____
                Deputy Clerk