FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
2011 JAN 20 PM 2:53

LORETTA G. WHYTE
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| UNITED STATES OF AMERICA | |
|---|---|
| v. | Criminal Action No. 10-00081 |
| JOSEPH BASEL<br>STAN DAI<br>ROBERT FLANAGAN<br>JAMES O'KEEFE | Magistrate 1<br>Magistrate Judge Daniel E. Knowles, III |

## MOTION TO PERMIT TRAVEL OUTSIDE THE STATE OF NEW JERSEY

Undersigned represents James O'Keefe in connection with the above entitled matter where he is currently serving a probationary sentence imposed by the Honorable Magistrate Judge Knowles on May 26, 2010. Mr. O'Keefe has been advised by the Probation Department in New Jersey that all travel must be approved by the Sentencing Magistrate Judge.

Mr. O'Keefe is required to be in Federal Court in San Diego, California on January 21, 2011 pursuant to the attached order issued by U.S. Magistrate Judge Adler (see Exhibit A). His presence is required in Federal Court for a "Neutral Evaluation Conference" before Magistrate Judge Adler in a civil lawsuit filed in the United States District Court for the Southern District of California. He has also been invited to speak to the "Eagle Forum San Diego" on the evening preceding the Neutral Evaluation Conference i.e., January 20, 2011. His address is entitled "Journalism and The First Amendment." James must travel to California on the 20th in order to meet the 10:00 a.m. Conference time on the 21st and will return to New Jersey on a morning flight on January 22nd. We have conferred with Assistant United States Attorney Jordan Ginsberg who advises that he has no objection to the requested travel.

___ Fee _____
___ Process _____
_X_ Dktd _____
_✓_ CtRmDep _____
___ Doc. No. _____

While we suggest that the procedure we used to file this motion would appear to burden this Court with matters that should be routinely handled by the Probation Department, we are making this request as directed by the New Jersey Probation Department in this instance. We hope to resolve this matter so as not to have to burden this Court with review of travel requests on a continuing basis during the remaining period of probation.

Respectfully submitted,

_____
Michael J. Madigan
*Attorney for James O'Keefe*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 19th day of January, 2011, I mailed, faxed, or e-mailed the foregoing document and notice of electronic filing to Assistant United State Attorney Jordan Ginsberg.

_____
Michael J. Madigan
Orrick, Herrington & Sutcliffe LLP

# Exhibit A

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN CARLOS VERA,<br><br>  Plaintiff,<br><br>v.<br><br>JAMES O'KEEFE III, an individual and HANNA GILES, an individual,<br><br>  Defendants. | Case No. 10CV1422-L (JMA)<br><br>**ORDER CONTINUING EARLY NEUTRAL EVALUATION CONFERENCE** |

After conferring with counsel and with good cause appearing, the Early Neutral Evaluation Conference scheduled to be held on December 16, 2010 at 10 a.m. is continued to **January 21, 2011** at **10 a.m.**

Pursuant to Rule 16.1(c) of the Local Rules of the United States District Court for the Southern District of California, **all named parties, all counsel, and any other person(s) whose authority is required to negotiate and enter into settlement shall appear in person at the conference,** shall be prepared to discuss the claims and defenses, and shall be legally and factually prepared to discuss and resolve the case at the Early Neutral Evaluation Conference. **The individual(s) present at the Early Neutral Evaluation Conference with settlement authority must have the unfettered discretion and authority on behalf of the party to: 1) fully explore all settlement options and to agree during the Early Neutral Evaluation Conference to any**

1  **settlement terms acceptable to the party (*G. Heileman Brewing Co., Inc. v. Joseph**
2  ***Oat Corp.*, 871 F.2d 648, 653 (7th Cir. 1989)), 2) change the settlement position of**
3  **a party during the course of the Early Neutral Evaluation Conference (*Pitman v.***
4  ***Brinker Int'l, Inc.*, 216 F.R.D. 481, 485-86 (D. Ariz. 2003)), and 3) negotiate a**
5  **settlement without being restricted by any predetermined level of authority (*Nick***
6  ***v. Morgan's Foods, Inc.*, 270 F.3d 590, 596 (8th Cir. 2001)).**

7  Governmental entities may appear through litigation counsel only. As to all other parties, appearance by litigation counsel only is <u>not</u> acceptable. Retained outside corporate counsel <u>shall not</u> appear on behalf of a corporation as the party who has the authority to negotiate and enter into a settlement. **The failure of any counsel, party or authorized person to appear at the Early Neutral Evaluation Conference as required will result in the immediate imposition of sanctions.**

13  All conference discussions will be informal, off the record, privileged, and confidential.

15  Counsel for any non-English speaking parties is responsible for arranging for the appearance of an interpreter at the conference.

17  Although the submission of statements is <u>not</u> required in advance of the Early Neutral Evaluation Conference, parties may submit concise statements if desired. If a statement is submitted, it shall be provided to chambers <u>no later than one week</u> prior to the scheduled conference.[1] If the parties submit statements in connection with the Early Neutral Evaluation Conference, they may either do so on a confidential basis or may exchange their statements.

23  Rule 26 of the Federal Rules of Civil Procedure shall apply to this case. All discovery shall be stayed until after the Rule 26(f) conference, unless otherwise permitted by Rule 26(f) or court order.

---

[1] Statements under 20 pages in length, including attachments and exhibits, may be delivered directly to chambers, e-mailed to efile_adler@casd.uscourts.gov, or faxed to (619) 702-9939. Statements exceeding 20 pages in length, including attachments and exhibits, must be delivered directly to chambers.

1   In the event the case does not settle at the Early Neutral Evaluation Conference, the parties shall also be prepared to discuss the following matters at the conclusion of the conference:

    1. Any anticipated objections under Federal Rule of Civil Procedure 26(a)(1) to the initial disclosure provisions of Rule 26(a)(1)(A-E);

    2. The scheduling of the Rule 26(f) conference;

    3. The date of initial disclosures and the date for lodging the discovery plan following the Rule 26(f) conference; and

    4. The scheduling of a Case Management Conference pursuant to Rule 16(b).

Plaintiff's counsel shall give notice of the Early Neutral Evaluation Conference to parties responding to the complaint after December 13, 2010.

Questions regarding this case may be directed to the Magistrate Judge's law clerk at (619) 557-5585.[2]

**IT IS SO ORDERED.**

DATED: December 13, 2010

Jan M. Adler
U.S. Magistrate Judge

---

[2] Judge Adler's Chambers Rules are posted on the Court's website.