

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| UNITED STATES OF AMERICA | |
|---|---|
| v. | Criminal Action No. 10-00081 |
| JOSEPH BASEL<br>STAN DAI<br>ROBERT FLANAGAN<br>JAMES O'KEEFE | Magistrate 1<br>Magistrate Judge Daniel E. Knowles, III |

### Order

Having considered the motion of James O'Keefe to travel outside the State of New Jersey between January 20, 2011 and January 22, 2011;

**IT IS HEREBY ORDERED** that Mr. O'Keefe's request to travel outside the State of New Jersey between January 20, 2011 and January 22, 2011, is GRANTED. Mr. O'Keefe may travel to San Diego, California, on January 20, 2011, and return to the State of New Jersey on January 22, 2011, for the purposes detailed in his Motion.

New Orleans, Louisiana this 20 day of January, 2011.

Magistrate Judge Daniel E. Knowles, III

_Fee_
_Process_
x _Dktd_
✓_CtRmDep_
_Doc. No._