IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JOSEPH BASEL<br>STAN DAI<br>ROBERT FLANAGAN<br>JAMES O'KEEFE | Criminal Action No. 10-00081<br><br><br>Magistrate 1<br>Magistrate Judge Daniel E. Knowles, III |

### MOTION TO PERMIT TRAVEL OUTSIDE THE STATE OF NEW JERSEY

Undersigned represents James O'Keefe in connection with the above entitled matter where he is currently serving a probationary sentence imposed by the Honorable Magistrate Judge Knowles on May 26, 2010. Mr. O'Keefe has been advised by the Probation Department in New Jersey that all travel must be approved by the Sentencing Magistrate Judge.

Mr. O'Keefe requests permission to travel to Washington, D.C., from Wednesday, February 9, 2011 to Friday, February 11, 2011, to attend the Conservative Political Action Conference and meet with his attorneys regarding ongoing litigation in San Diego, CA, to which he is a party. We have conferred with Assistant United States Attorney Jordan Ginsberg who advises that he has no objection to the requested travel.

Respectfully submitted,

_____
Michael J. Madigan
*Attorney for James O'Keefe*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 3rd day of February, 2011, I mailed, faxed, or e-mailed the foregoing document and notice of electronic filing to Assistant United State Attorney Jordan Ginsberg.

_____
Michael J. Madigan
Orrick, Herrington & Sutcliffe LLP