IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| UNITED STATES OF AMERICA | |
|---|---|
| v. | Criminal Action No. 10-00081 |
| JOSEPH BASEL<br>STAN DAI<br>ROBERT FLANAGAN<br>JAMES O'KEEFE | Magistrate 1<br>Magistrate Judge Daniel E. Knowles, III |

## MOTION TO PERMIT TRAVEL OUTSIDE THE STATE OF NEW JERSEY

Undersigned represents James O'Keefe in connection with the above entitled matter where he is currently serving a probationary sentence imposed by the Honorable Magistrate Judge Knowles on May 26, 2010. Mr. O'Keefe has been advised by the Probation Department in New Jersey that all travel must be approved by the Sentencing Magistrate Judge.

Mr. O'Keefe requests permission for the following travel:

- From Westwood, New Jersey to Birmingham, Alabama from March 4, 2011 to March 6, 2011 to attend a wedding;

- From Westwood, New Jersey to New York, New York from March 8, 2011 to March 11, 2011 to conduct media interviews;

- From Westwood, New Jersey to Providence, Rhode Island from March 23, 2011 to March 25, 2011 for a speaking engagement;

- From Westwood, New Jersey to Tallahassee, Florida from March 28, 2011 to March 30, 2011 for a speaking engagement; and

- From Westwood, New Jersey to Lusby, Maryland from April 10, 2011 to April 18, 2011 for a sailing vacation.

We have conferred with Mr. O'Keefe's Probation Officer, Patrick Hattersley, and Assistant United States Attorney Jordan Ginsberg, who advise that they have no objection to the requested travel.

Respectfully submitted,

/s/ Michael J. Madigan

Michael J. Madigan
*Attorney for James O'Keefe*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 1st day of March, 2011, I mailed, faxed, or e-mailed the foregoing document and notice of electronic filing to Assistant United States Attorney Jordan Ginsberg.

Michael J. Madigan
Orrick, Herrington & Sutcliffe LLP