IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| UNITED STATES OF AMERICA | |
|---|---|
| v. | Criminal Action No. 10-00081 |
| JOSEPH BASEL<br>STAN DAI<br>ROBERT FLANAGAN<br>JAMES O'KEEFE | Magistrate 1<br>Magistrate Judge Daniel E. Knowles, III |

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

2011 MAR 31 PM 4:26

LORETTA G. WHYTE
CLERK

## MOTION TO PERMIT TRAVEL OUTSIDE THE STATE OF NEW JERSEY

Undersigned represents James O'Keefe in connection with the above entitled matter where he is currently serving a probationary sentence imposed by the Honorable Magistrate Judge Knowles on May 26, 2010. Mr. O'Keefe has been advised by the Probation Department in New Jersey that all travel must be approved by the Sentencing Magistrate Judge.

Mr. O'Keefe requests permission for the following travel:

- From Westwood, New Jersey to Washington, D.C. from April 1, 2011 to April 2, 2011 for a speaking engagement;

- From Westwood, New Jersey to Killington, Vermont from April 6, 2011 to April 8, 2011 for vacation;

- From Westwood, New Jersey to Oxford, Ohio from April 17, 2011 to April 19, 2011 for a speaking engagement at Miami University of Ohio;

- From Oxford, Ohio to Tucson, Arizona on April 19, 2011 for a speaking engagement, returning to Westwood, New Jersey on April 22, 2011; and

- From Westwood, New Jersey to Afton, New York from April 30, 2011 to April 30, 2011 to visit a family friend.

___Fee
___Process
X_Dktd
___CtRmDep
___Doc. No.

We have conferred with Mr. O'Keefe's Probation Officer, Patrick Hattersley, and Assistant United States Attorney Jordan Ginsberg, who advise that they have no objection to the requested travel.

Respectfully submitted,

_____
Michael J. Madigan
*Attorney for James O'Keefe*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 29 day of March, 2011, I mailed, faxed, or e-mailed the foregoing document and notice of electronic filing to Assistant United States Attorney Jordan Ginsberg.

                                                              _____
                                                              Michael J. Madigan
                                                             Orrick, Herrington & Sutcliffe LLP