IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| UNITED STATES OF AMERICA | |
|---|---|
| v. | Criminal Action No. 10-00081 |
| JOSEPH BASEL | |
| STAN DAI | |
| ROBERT FLANAGAN | Magistrate 1 |
| JAMES O'KEEFE | Magistrate Judge Daniel E. Knowles, III |

### Order

Having considered the motion of James O'Keefe to travel outside the State of New Jersey;

**IT IS HEREBY ORDERED** that Mr. O'Keefe's requests to travel outside the State of New Jersey are ~~GRANTED. Mr. O'Keefe may travel on the dates and for the purposes detailed in his Motion.~~ DENIED.

New Orleans, Louisiana this 23 day of May, 2011.

Magistrate Judge Daniel E. Knowles, III

___ Fee
___ Process
_x_ Dktd
_✓_ CtRmDep
___ Doc. No.