IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
2011 JUN -1 PM 2: 44
LORETTA G. WHYTE
CLERK

| UNITED STATES OF AMERICA | |
|---|---|
| v. | Criminal Action No. 10-0008<br>10-81 |
| JOSEPH BASEL<br>STAN DAI<br>ROBERT FLANAGAN<br>JAMES O'KEEFE | Magistrate 1<br>Magistrate Judge Daniel E. Knowles, III |

### MOTION TO PERMIT TRAVEL OUTSIDE THE STATE OF NEW JERSEY

Undersigned represents James O'Keefe in connection with the above entitled matter where he is currently serving a probationary sentence imposed by the Honorable Magistrate Judge Knowles on May 26, 2010. Mr. O'Keefe has been advised by the Probation Department in New Jersey that all travel must be approved by the Sentencing Magistrate Judge.

Mr. O'Keefe requests permission for the following travel:

- From Westwood, New Jersey to Washington, D.C., from June 2, 2011 to June 5, 2011 to attend the Faith and Freedom Conference. The Faith and Freedom Conference is an annual conference hosted by the Faith and Freedom Coalition, a prominent political organization founded by Ralph Reed. The Conference is one of the most significant political events of the year: the Republican presidential nominee candidates all are scheduled to attend; more than 30 members of Congress and Governors will be speaking at the conference, including Speaker of the House John Boehner; and the Deputy Speaker of the Israeli Knesset will be addressing the Conference. More than 2,500 will attend the conference. Mr. O'Keefe has been invited and will be honored for his work in investigative journalism, particularly the exposure of corruption at ACORN and National

___ Fee _____
___ Process _____
X  Dktd _____
✓  CtRmDep _____
___ Doc. No. _____

Public Radio. His travel and hotel accommodation expenses will be provided by the Conference;

- From Washington, D.C. to Charleston, South Carolina, from June 6, 2011 to June 7, 2011 to speak at The Charleston Meeting. The Charleston Meeting is an invitation-only gathering of conservatives to discuss public policy issues. Mr. O'Keefe has been invited to address the meeting. His travel and hotel accommodation expenses are being provided by Project Veritas, a 501(c)3 non-profit organization founded by Mr. O'Keefe and funded completely by contributions. Project Veritas has been approved by the Internal Revenue Service as a non-profit organization formed "to investigate and expose corruption, dishonesty, self-dealing, waste, fraud, and other misconduct in both public and private institutions in order to achieve a more ethical and transparent society.";

- From Westwood, New Jersey to San Diego, California, from June 8, 2011 to June 12, 2011 to speak at a San Diego Eagle Forum conference. Mr. O'Keefe will be the keynote speaker, along with Congressman Thaddeus McCotter and journalist Andrew Breitbart. The Eagle Forum is a national pro-family organization with over 80,000 members. It was founded by Phyllis Schlafly, a national leader in the conservative movement since 1964. The San Diego Eagle Forum chapter is a coalition of diverse conservative groups and individuals united together to advance the conservative principals of the United States of America and preserve family sovereignty and US Constitutional integrity through active participation in the California electoral process. Mr. O'Keefe's travel and accommodations will be provided by the San Diego Eagle Forum;

- From Westwood, New Jersey to Baltimore, Maryland, from June 14, 2011 to June 16, 2011 for a paid speaking engagement at the Harbour League. The Harbour League is a

gathering of liberty-minded professionals, activists and others who share right-of-center politics. Grover Norquist is among the members of Harbour League's Board of Directors, as is journalist and National Review Senior Editor Ramesh Ponnuru. Mr. O'Keefe will be paid a stipend of $3,000 and receive travel expenses;

- From Westwood, New Jersey to Washington, D.C., from June 23, 2011 to June 24, 2011 to attend a Project Veritas Board of Directors' meeting. Project Veritas is a 501(c)3 non-profit organization described above. The Board of Directors and its mission statement was described in the 501(c)3 application Project Veritas filed with the Internal Revenue Service.

We have conferred with Mr. O'Keefe's Probation Officer, Patrick Hattersley, and Assistant United States Attorney Jordan Ginsberg, who advise that they have no objection to the requested travel.

Respectfully submitted,

/s/ Michael J. Madigan

Michael J. Madigan
*Attorney for James O'Keefe*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 31 day of May, 2011, I mailed, faxed, or e-mailed the foregoing document and notice of electronic filing to Assistant United States Attorney Jordan Ginsberg.

Michael J. Madigan
Orrick, Herrington & Sutcliffe LLP