IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Criminal Action No. 10-00081 |
| JOSEPH BASEL<br>STAN DAI<br>ROBERT FLANAGAN<br>JAMES O'KEEFE | Magistrate 1<br>Magistrate Judge Daniel E. Knowles, III |

## MOTION TO PERMIT TRAVEL OUTSIDE THE STATE OF NEW JERSEY

Undersigned represents James O'Keefe in connection with the above entitled matter where he is currently serving a probationary sentence imposed by the Honorable Magistrate Judge Knowles on May 26, 2010. Mr. O'Keefe has been advised by the Probation Department in New Jersey that all travel must be approved by the Sentencing Magistrate Judge.

Mr. O'Keefe requests permission for the following travel:

- From Westwood, New Jersey to Minneapolis, Minnesota from June 17, 2011 to June 19, 2011 for the annual RightOnline Conference. RightOnline is a project of Americans for Prosperity dedicated to "advancing liberty and prosperity for all Americans through greater citizen participation online." The RightOnline Conference "brings together influential new media experts, representatives of conservative organizations, and hundreds of citizen activists to provide important leadership and grassroots training…" Attendees at the 2011 Conference will include Presidential hopefuls Tim Pawlenty and Herman Cain, Senator Mike Lee (R – Utah), Representatives Michelle Bachman (R – Minnesota), John Cline (R – Minnesota), Marsha Blackburn (R – Tennessee), Thaddeus McCotter (R – Michigan), Tim Huelskamp (R – Kansas), Virginia Attorney General Ken

Cucinelli, and commentators such as John Fund, Erick Erickson, Andrew Breitbart, Michelle Malkin, Mary Katherin Ham, and Ed Morrisey.  While in Minneapolis, Mr. O'Keefe plans to also attend the Netroots Nation Annual Convention.  Netroots Nation "amplifies progressive voices by providing an online and in-person campus for exchanging ideas and learning how to be more effective in using technology to influence the public debate."  The 2011 Annual Convention will include over a hundred speakers and panelists, which include Representatives Tim Walz (DFL – Minnesota) and Luis Gutierrez (D – Illinois), Media Matters Executive Vice President Ari Rabin-Havt, ACLU Attorney Catherin Crump, global warming scientist Heidi Cullen, and activist Denise Oliver-Velez.

- From Westwood, New Jersey to Solomons, Maryland, from June 27, 2011 to June 31, 2011 for a personal trip.  Mr. O'Keefe will be driving to Solomons, getting on his sailboat and sailing it back to a marina in New Jersey.

We have conferred with Mr. O'Keefe's Probation Officer, Patrick Hattersley, and Assistant United States Attorney Jordan Ginsberg, who advise that they have no objection to the requested travel.

Respectfully submitted,

_____

Michael J. Madigan
*Attorney for James O'Keefe*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Criminal Action No. 10-00081 |
| JOSEPH BASEL | |
| STAN DAI | |
| ROBERT FLANAGAN | Magistrate 1 |
| JAMES O'KEEFE | Magistrate Judge Daniel E. Knowles, III |

## Order

Having considered the motion of James O'Keefe to travel outside the State of New Jersey;

**IT IS HEREBY ORDERED** that Mr. O'Keefe's requests to travel outside the State of New Jersey are GRANTED. Mr. O'Keefe may travel on the dates and for the purposes detailed in his Motion.

New Orleans, Louisiana this _____ day of June, 2011.

_____

Magistrate Judge Daniel E. Knowles, III

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the _____ day of June, 2011, I mailed, faxed, or e-mailed the foregoing document and notice of electronic filing to Assistant United States Attorney Jordan Ginsberg.

_____

Michael J. Madigan
Orrick, Herrington & Sutcliffe LLP