IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Criminal Action No. 10-00081 |
| JOSEPH BASEL<br>STAN DAI<br>ROBERT FLANAGAN<br>JAMES O'KEEFE | Magistrate 1<br>Magistrate Judge Daniel E. Knowles, III |

## MOTION TO PERMIT TRAVEL OUTSIDE THE STATE OF NEW JERSEY

Undersigned represents James O'Keefe in connection with the above entitled matter where he is currently serving a probationary sentence imposed by the Honorable Magistrate Judge Knowles on May 26, 2010. Mr. O'Keefe has been advised by the Probation Department in New Jersey that all travel must be approved by the Sentencing Magistrate Judge.

Mr. O'Keefe requests permission for the following travel:

- From Westwood, New Jersey to Washington, DC from August 2, 2011 to August 4, 2011 to give a presentation to Young America's Foundation (YAF) Young Conservative Student Conference. Other speakers include syndicated columnist Ann Coulter, Senator Mike Lee, Congressman Allen West amongst others. His travel and hotel accommodations will be provided by YAF. YAF's mission is to increase the number of young Americans who "understand and are inspired by the ideas of individual freedom, a strong national defense, free enterprise, and traditional values." One way they further their mission is to provide speakers to young people across the country. Anticipated attendees are several hundred college students.

- From Westwood, New Jersey to Seattle, Washington to attend and give a presentation at the State Policy Network (SPN) Annual Meeting from August 23, 2011 to August 26, 2011. Mr. O'Keefe's travel and hotel accommodations will be provided by The Franklin Center for Government and Public Integrity. SPN is comprised of free market think tanks (at least one per state) whose mission is to "to limit government and advance market-friendly public policy at the state and local levels." SPN is the "only group in the country dedicated solely to improving the practical effectiveness of independent, non-profit, market-oriented, state-focused think tanks." This annual meeting will gather about 600 attendees to network and further their professional development. While at the SPN meeting, Mr. O'Keefe will also attend an official board meeting for Project Veritas, the 501(c) 3 he is president of.

We have conferred with Mr. O'Keefe's Probation Officer, Patrick Hattersley, and Assistant United States Attorney Jordan Ginsberg, who advise that they have no objection to the requested travel.

        Respectfully submitted,

        /s/ Michael Madigan_____

        Michael J. Madigan
        *Attorney for James O'Keefe*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the _____ day of July, 2011, I mailed, faxed, or e-mailed the foregoing document and notice of electronic filing to Assistant United States Attorney Jordan Ginsberg.

/s/ Michael Madigan_____

Michael J. Madigan
Orrick, Herrington & Sutcliffe LLP