IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Criminal Action No. 10-00081 |
| JOSEPH BASEL<br>STAN DAI<br>ROBERT FLANAGAN<br>JAMES O'KEEFE | Magistrate Division 3<br>Magistrate Judge Daniel E. Knowles, III |

## MOTION TO PERMIT TRAVEL OUTSIDE THE STATE OF NEW JERSEY

Undersigned represents James O'Keefe in connection with the above entitled matter where he is currently serving a probationary sentence imposed by the Honorable Magistrate Judge Knowles on May 26, 2010. Mr. O'Keefe has been advised by the Probation Department in New Jersey that all travel must be approved by the Sentencing Magistrate Judge.

Mr. O'Keefe requests permission for the following travel:

- From Westwood, New Jersey to Nashua, New Hampshire to Portland, Maine from September 16, 2011 to September 18, 2011. Mr. O'Keefe will be driving.

- From Westwood, New Jersey to Little Rock, Arkansas from September 27, 2011 to September 30, 2011. Mr. O'Keefe will be flying.

- The aforementioned travel will all be to give speeches to local chapters of Americans for Prosperity (AFP). AFP is "an organization of grassroots leaders who engage citizens in the name of limited government and free markets on the local, state, and federal levels." AFP has more than 1.75 million members in all 50 states, and 31 state chapters and affiliates. AFP is paying Mr. O'Keefe for the speaking engagements and covering his

travel expenses.

We have conferred with Mr. O'Keefe's Probation Officer, Patrick Hattersley, and Assistant United States Attorney Jordan Ginsberg, who advise that they have no objection to the requested travel.

Respectfully submitted,

/s/ Michael J. Madigan

Michael J. Madigan
*Attorney for James O'Keefe*