IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Criminal Action No. 10-00081 |
| JOSEPH BASEL<br>STAN DAI<br>ROBERT FLANAGAN<br>JAMES O'KEEFE | Magistrate Division 3<br>Magistrate Judge Daniel E. Knowles, III |

### Order

Having considered the motion of James O'Keefe to travel outside the State of New Jersey;

**IT IS HEREBY ORDERED** that Mr. O'Keefe's requests to travel outside the State of New Jersey are GRANTED. Mr. O'Keefe may travel on the dates and for the purposes detailed in his Motion.

New Orleans, Louisiana this 13th day of September, 2011.

Magistrate Judge Daniel E. Knowles, III