IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Criminal Action No. 10-00081 |
| JOSEPH BASEL<br>STAN DAI<br>ROBERT FLANAGAN<br>JAMES O'KEEFE | Magistrate Division 3<br>Magistrate Judge Daniel E. Knowles, III |

**MOTION TO PERMIT TRAVEL OUTSIDE THE STATE OF NEW JERSEY**

Undersigned represents James O'Keefe in connection with the above entitled matter where he is currently serving a probationary sentence imposed by the Honorable Magistrate Judge Knowles on May 26, 2010. Mr. O'Keefe has been advised by the Probation Department in New Jersey that all travel must be approved by the Sentencing Magistrate Judge.

Mr. O'Keefe requests permission for the following travel:

- From Westwood, New Jersey to Washington, DC from October 16, 2011 to October 19, 2011. Mr. O'Keefe will be driving his own vehicle and will be travelling by himself. The reason for the trip is to complete a deposition pursuant to the civil lawsuit against Mr. O'Keefe, *Vera v. O'Keefe*.

- From Washington, DC to Philadelphia, PA on October 19, 2011 to give a speech to students at Temple University. Mr. O'Keefe will be compensated for his presentation with a payment of $2,000. Mr. O'Keefe will travel from the speech back to his home in Westwood, New Jersey on the evening of October 19, 2011.

We have conferred with Mr. O'Keefe's Probation Officer, Patrick Hattersley, and Assistant United States Attorney Jordan Ginsberg, who advise that they have no objection to the

requested travel.

                                                              Respectfully submitted,

                                                              /s/ Michael J. Madigan_____

                                                              Michael J. Madigan
                                                              *Attorney for James O'Keefe*