IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>    v.<br><br>JOSEPH BASEL<br>STAN DAI<br>ROBERT FLANAGAN<br>JAMES O'KEEFE | Criminal Action No. 10-00081<br><br><br><br>Magistrate 1<br>Magistrate Judge Daniel E. Knowles, III |

### MOTION TO PERMIT TRAVEL OUTSIDE THE STATE OF NEW JERSEY

Undersigned represents James O'Keefe in connection with the above entitled matter where he is currently serving a probationary sentence imposed by the Honorable Magistrate Judge Knowles on May 26, 2010. Mr. O'Keefe has been advised by the Probation Department in New Jersey that all travel must be approved by the Sentencing Magistrate Judge.

Mr. O'Keefe requests permission for the following travel:

- From Westwood, New Jersey to Washington, DC from November 4, 2011 to November 5, 2011 to speak at Americans for Prosperity (AFP) Foundation's Defending the Dream Summit.  Mr. O'Keefe will be driving to the event in his own vehicle and staying at a hotel provided by the AFP Foundation, who will also be paying Mr. O'Keefe's travel and hotel expenses.  The AFP Foundation is "committed to educating citizens about economic policy and a return of the federal government to its Constitutional limits.  AFP Foundation's educational programs and analyses help policymakers, the media and individual citizens understand why policies that promote the American enterprise system are the best method to ensuring prosperity for all Americans."

We have conferred with Mr. O'Keefe's Probation Officer, Patrick Hattersley, and Assistant United States Attorney Jordan Ginsberg, who advise that they have no objection to the requested travel.

        Respectfully submitted,

        /s/ Michael J. Madigan_____

        Michael J. Madigan
        *Attorney for James O'Keefe*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the __2nd___ day of November, 2011, I mailed, faxed, or e-mailed the foregoing document and notice of electronic filing to Assistant United States Attorney Jordan Ginsberg.

/s/ Michael J. Madigan_____

Michael J. Madigan
Orrick, Herrington & Sutcliffe LLP