IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Criminal Action No. 10-00081 |
| JOSEPH BASEL<br>STAN DAI<br>ROBERT FLANAGAN<br>JAMES O'KEEFE | Magistrate 1<br>Magistrate Judge Daniel E. Knowles, III |

## MOTION TO PERMIT TRAVEL OUTSIDE THE STATE OF NEW JERSEY

Undersigned represents James O'Keefe in connection with the above entitled matter where he is currently serving a probationary sentence imposed by the Honorable Magistrate Judge Knowles on May 26, 2010. Mr. O'Keefe has been advised by the Probation Department in New Jersey that all travel must be approved by the Sentencing Magistrate Judge.

Mr. O'Keefe requests permission for the following travel:

- From Westwood, New Jersey to North Keizer, Oregon to attend "Citizen Activist Training: Under the Dome." Mr. O'Keefe has been invited by the sponsors of this conference, the Franklin Center for Government & Public Integrity, Oregon Capitol Watch and Americans for Prosperity, to speak at the conference on Wednesday, February 1, 2012. The Franklin Center will pay for all travel expenses and will purchase an airline ticket from Newark, New Jersey to Portland, Oregon upon the Court's approval of this request, should it be forthcoming. The exact dates of air travel are not known specifically, but Mr. O'Keefe will be staying at the Keizer Renaissance Inn, 5188 Wittenberg Lane, North Keizer, Oregon. The conference is scheduled to occur from January 31 to February 1, 2012.

- From Westwood, New Jersey to Washington, D.C. from February 8, 2012 to February 12, 2012.  The purpose of the trip is to attend the Conservative Political Action Conference, an annual gathering of American conservative organizations hosted by the American Conservative Union Foundation (ACUF).  Mr. O'Keefe intends to engage in fundraising for Project Veritas and to meet with other people interested in citizen journalism.   Project Veritas is paying Mr. O'Keefe's travel expenses.  He will be staying at the Marriot Wardman, 2660 Woodley Road Northwest, Washington, D.C.

We have conferred with Mr. O'Keefe's Probation Officer, Patrick Hattersley, and Assistant United States Attorney Jordan Ginsberg, who advise that they will take no position on the requested travel.

        Respectfully submitted,

        /s/ Michael J. Madigan_____

        Michael J. Madigan
        *Attorney for James O'Keefe*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 25 day of January, 2012, I mailed, faxed, or e-mailed the foregoing document and notice of electronic filing to Assistant United States Attorney Jordan Ginsberg.

/s/ Michael J. Madigan

Michael J. Madigan
Orrick, Herrington & Sutcliffe LLP