IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| UNITED STATES OF AMERICA | Criminal Action No. 10-00081 |
|---|---|
| v. | |
| JOSEPH BASEL<br>STAN DAI<br>ROBERT FLANAGAN<br>JAMES O'KEEFE | Magistrate 1<br>Magistrate Judge Daniel E. Knowles, III |

## MOTION TO PERMIT TRAVEL OUTSIDE THE STATE OF NEW JERSEY

The undersigned represents James O'Keefe in connection with the above entitled matter where he is currently serving a probationary sentence imposed by the Honorable Magistrate Judge Knowles on May 26, 2010. Mr. O'Keefe has been advised by the Probation Department in New Jersey that all travel must be approved by the Sentencing Magistrate Judge.

Mr. O'Keefe requests permission for the following travel:

1) From Newark, New Jersey to San Francisco, California by air on February 24, 2012 and from San Francisco to Newark, New Jersey on February 26, 2012. The purpose of the trip is to attend the "Citizen Watchdog Program" at the Franklin Center. Mr. O'Keefe will be the Keynote Speaker at the program on February 25, 2012. The Franklin Center is paying for Mr. O'Keefe's travel expenses and is paying him $1,500.00 stipend for his speech at the program. Mr. O'Keefe will be staying at the San Francisco Airport Marriot, 1800 Old Bayshore Highway, Burlingame, California, and;

2) Newark, New Jersey to Palm Beach, Florida by air on March 8, 2012 and from Palm Beach, Florida to Newark, New Jersey on March 11, 2012. The purpose of this trip is to attend and speak at the "Club For Growth Winter Economic Conference." The Club for

Growth is paying for Mr. O'Keefe's travel expenses. Mr. O'Keefe will be staying at the Ritz Carlton, 100 South Ocean Boulevard, Manalapan, Florida. The conference is scheduled to occur on March 8, 2012 to March 10, 2012.

We have conferred with Mr. O'Keefe's Probation Officer, Patrick Hattersley, and Assistant United States Attorney Jordan Ginsberg, who advise that they have no objection to the requested travel.

Respectfully submitted,

_____/s/_____

Michael J. Madigan
*Attorney for James O'Keefe*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 22 day of February, 2012, I mailed, faxed, or e-mailed the foregoing document and notice of electronic filing to Assistant United States Attorney Jordan Ginsberg.

/s/

Michael J. Madigan
Orrick, Herrington & Sutcliffe LLP