IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>　　v.<br><br>JOSEPH BASEL<br>STAN DAI<br>ROBERT FLANAGAN<br>JAMES O'KEEFE | Criminal Action No. 10-00081<br><br><br><br>Magistrate 1<br>Magistrate Judge Daniel E. Knowles, III |

**MOTION TO PERMIT TRAVEL OUTSIDE THE STATE OF NEW JERSEY**

　　The undersigned represents James O'Keefe in connection with the above entitled matter where he is currently serving a probationary sentence imposed by the Honorable Magistrate Judge Knowles on May 26, 2010. Mr. O'Keefe has been advised by the Probation Department in New Jersey that all travel must be approved by the Sentencing Magistrate Judge.

　　Mr. O'Keefe requests permission for the following travel:

1) From Westwood, New Jersey to Washington, DC, on March 14, 2012 and from Washington, DC to Westwood, New Jersey on March 16, 2012. Mr. O'Keefe will be preparing for and testifying in a deposition.

2) From Westwood, New Jersey to Harrisburg, Pennsylvania on March 23, 2012 and from Harrisburg, Pennsylvania to Westwood, New Jersey on March 24, 2012. Mr. O'Keefe will be speaking at the Pennsylvania Leadership Conference ("PLC"). The PLC is a state-wide gathering of public policy conservatives, and the signature event of the Pennsylvania Leadership Council. Mr. O'Keefe will be traveling via Amtrak. The Franklin Center is paying for Mr. O'Keefe's travel expenses and he will be staying at the Radisson Hotel in

Harrisburg, PA;

3) From Westwood, New Jersey to Long Island, New York on March 26, 2012 and returning from Long Island, New York to Westwood, New Jersey on the same day. Mr. O'Keefe has been invited to speak to the College Republicans at Stony Brook University. Stony Brook University will be covering his travel expenses and Mr. O'Keefe will be driving himself to and from the University; and

4) From Westwood, New Jersey to San Diego, California by air on March 30, 2012 and from San Diego, California to Westwood, New Jersey on April 1, 2012. Mr. O'Keefe will be speaking to the Franklin Center for Government Integrity as part of a Citizen Watchdog Training. The Franklin Center is paying for Mr. O'Keefe's travel expenses and he will be staying at the Hilton Mission Bay in San Diego, CA.

We have conferred with Mr. O'Keefe's Probation Officer, Patrick Hattersley, and Assistant United States Attorney Jordan Ginsberg, who advise that they have no objection to the requested travel.

Respectfully submitted,

/s/ Michael J. Madigan

Michael J. Madigan
*Attorney for James O'Keefe*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 9th day of March, 2012, I mailed, faxed, or e-mailed the foregoing document and notice of electronic filing to Assistant United States Attorney Jordan Ginsberg.

 /s/ Michael J. Madigan

Michael J. Madigan
Orrick, Herrington & Sutcliffe LLP