IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JOSEPH BASEL<br>STAN DAI<br>ROBERT FLANAGAN<br>JAMES O'KEEFE | Criminal Action No. 10-00081<br><br><br>Magistrate 1<br>Magistrate Judge Daniel E. Knowles, III |

**MOTION TO PERMIT TRAVEL OUTSIDE THE STATE OF NEW JERSEY**

The undersigned represents James O'Keefe in connection with the above entitled matter where he is currently serving a probationary sentence imposed by the Honorable Magistrate Judge Knowles on May 26, 2010. Mr. O'Keefe has been advised by the Probation Department in New Jersey that all travel must be approved by the Sentencing Magistrate Judge.

Mr. O'Keefe requests permission for the following travel:

1) From Westwood, New Jersey to Charleston, South Carolina, on April 16, 2012 and from Charleston, SC to Columbia, South Carolina on April 17, 2012. On April 16, 2012, Mr. O'Keefe will be attending "The Charleston Meeting", a monthly gathering of political, business and community leaders from throughout the Southeast at the Mills House Hotel in Charleston, South Carolina. On April 17, 2012, Mr. O'Keefe will be participating in a conference discussion of voter registration laws and how they may be improved with South Carolina Attorney General Alan Wilson, South Carolina State Treasurer Curtis Lostis, State Representative Alan Clemens, and State Senator Chip Campson at the Blue Marlin Restaurant in Columbia, South Carolina. Mr. O'Keefe will be staying at the Mills House

Hotel in Charleston, S.C and has yet to finalize travel plans pending approval.

2) From Charleston, South Carolina to Washington, D.C. on April 18, 2012 and from Washington, D.C. to Westwood, New Jersey on April 18, 2012.  Mr. O'Keefe will be interviewed by Pat Robertson on his television program, *The 700 Club*, for the Christian Broadcasting Network.  Mr. O'Keefe has yet to finalize travel plans pending approval.

3)  From Westwood, New Jersey to Charlotte, North Carolina, on April 20, 2012 and from Charlotte, North Carolina to Westwood, New Jersey on April 21, 2012.  Mr. O'Keefe has been invited to speak on a panel at BlogCon CLT, a conference and workshop sponsored by FreedomWorks and The Franklin Center.  He will be staying at the Hilton Center City in Charlotte, N.C.  The Franklin Center will be covering his travel expenses.

We have conferred with Mr. O'Keefe's Probation Officer, Patrick Hattersley, and Assistant United States Attorney Jordan Ginsberg, who advise that they have no objection to the requested travel.

    Respectfully submitted,

    /s/ Michael J. Madigan

    Michael J. Madigan
    *Attorney for James O'Keefe*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 13th day of April, 2012, I mailed, faxed, or e-mailed the foregoing document and notice of electronic filing to Assistant United States Attorney Jordan Ginsberg.

    /s/ Michael J. Madigan

Michael J. Madigan
Orrick, Herrington & Sutcliffe LLP