IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>   v.<br><br>JOSEPH BASEL<br>STAN DAI<br>ROBERT FLANAGAN<br>JAMES O'KEEFE | Criminal Action No. 10-00081<br><br><br>Magistrate 1<br>Magistrate Judge Daniel E. Knowles, III |

**MOTION TO PERMIT TRAVEL OUTSIDE THE STATE OF NEW JERSEY**

   The undersigned represents James O'Keefe in connection with the above entitled matter where he is currently serving a probationary sentence imposed by the Honorable Magistrate Judge Knowles on May 26, 2010. Mr. O'Keefe has been advised by the Probation Department in New Jersey that all travel must be approved by the Sentencing Magistrate Judge.

   Mr. O'Keefe requests permission for the following travel:

1) From Westwood, New Jersey to Houston, Texas on April 27, 2012 and from Houston, Texas to Westwood, New Jersey on April 29, 2012. Mr. O'Keefe will be attending the True the Vote summit and speaking to groups about getting involved to help ensure fair and legal elections. He will be flying on United and staying at the Sheraton Houston Brookhollow hotel in downtown Houston. True the Vote is covering his travel expenses.

2) From Westwood, New Jersey to Rye, New Hampshire on May 6, 2012 and from Rye, New Hampshire to Westwood, New Jersey on May 7, 2012. Mr. O'Keefe will be attending an event for all New Hampshire GOP State and Federal 2012 candidates hosted by the Rye Republican Town Committee. The event will take place at the Abenaqui Country Club in

Rye, New Hampshire and Mr. O' Keefe will be staying with Mike Rodgers at 76 Dow Road in Hollis, New Hampshire. True the Vote is covering his travel expenses.

3) From Westwood, New Jersey to Westerville, Ohio, on May 11, 2012 and from Westerville, Ohio to Westwood, New Jersey on May 13, 2012. Mr. O'Keefe has been invited to speak at a Columbus Citizen Watchdog Training sponsored by the Franklin Center for Government and Public Integrity. The training will take place at the Westerville Conference Center, where Mr. O'Keefe will also be staying. The Franklin Center is covering Mr. O'Keefe's travel expenses.

4) From Westwood, New Jersey to Orlando, Florida on May 18, 2012 and from Orlando, Florida to Westwood, New Jersey on May 20, 2012. Mr. O'Keefe has been invited to speak at an Orlando Citizen Watchdog Training sponsored by the Franklin Center for Government and Public Integrity. The training will take place at the Sheraton Orlando Downtown Hotel, where Mr. O'Keefe will also be staying. The Franklin Center is covering his travel expenses.

We have conferred with Mr. O'Keefe's Probation Officer, Patrick Hattersley, and Assistant United States Attorney Jordan Ginsberg, who advise that they have no objection to the requested travel.

Respectfully submitted,

/s/ Michael J. Madigan

Michael J. Madigan
*Attorney for James O'Keefe*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 24th day of April, 2012, I mailed, faxed, or e-mailed the foregoing document and notice of electronic filing to Assistant United States Attorney Jordan Ginsberg.

      /s/ Michael J. Madigan

Michael J. Madigan
Orrick, Herrington & Sutcliffe LLP