IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>     v.<br><br>JOSEPH BASEL<br>STAN DAI<br>ROBERT FLANAGAN<br>JAMES O'KEEFE | Criminal Action No. 10-00081<br><br><br><br>Magistrate 1<br>Magistrate Judge Daniel E. Knowles, III |

## MOTION TO PERMIT TRAVEL OUTSIDE THE STATE OF NEW JERSEY

The undersigned represents James O'Keefe in connection with the above entitled matter where he is currently serving a probationary sentence imposed by the Honorable Magistrate Judge Knowles on May 26, 2010. Mr. O'Keefe has been advised by the Probation Department in New Jersey that all travel must be approved by the Sentencing Magistrate Judge.

Mr. O'Keefe requests permission for the following travel:

1) From Westwood, New Jersey to Providence, Rhode Island on June 8, 2012 and from Providence, Rhode Island to Westwood, New Jersey on June 10, 2012. Mr. O'Keefe has a speaking engagement at the Future of Journalism Summit sponsored by the Franklin Center for Government and Public Integrity and the Heritage Foundation. He will be traveling by car and staying at the Providence Marriott Downtown. The Franklin Center is covering his travel expenses.

2) From Westwood, New Jersey to Washington, D.C. on June 15, 2012. Mr. O'Keefe will be speaking at the Faith and Freedom Conference and Strategy Briefing in Washington, D.C. at the Renaissance Hotel. The conference is sponsored by the Faith and Freedom Coalition.

Mr. O'Keefe will be traveling by train to Washington, D.C and staying at the Renaissance Hotel.  The Faith and Freedom Coalition is covering his transportation expenses.

3)  From Washington, D.C. to Las Vegas, Nevada on June 16, 2012 and from Las Vegas, Nevada to Westwood, New Jersey on June 17, 2012.  Mr. O'Keefe has been invited to speak at the RightOnline Conference hosted by the Americans for Prosperity Foundation.  The conference is the premier networking event for bloggers and social media experts.  Mr. O'Keefe will be traveling by plane and staying at the Venetian Hotel and Casino.  The Franklin Center is covering his travel expenses.

4)  From Westwood, New Jersey to San Diego, California on June 20, 2012 and from San Diego, California to Westwood, New Jersey on June 21, 2012.  Mr. O'Keefe is required to attend a mandatory settlement conference before Magistrate Judge Mitchell Dembin, Southern District of California, at 880 Front Street, San Diego, CA.  He will be traveling by plane and staying at a yet to be determined hotel, pending travel authorization.

5)  From Westwood, New Jersey to Fredericksburg, Virginia on June 22, 2012 and from Fredericksburg, Virginia to Westwood, New Jersey on June 25, 2012.  Mr. O'Keefe has business meetings with Shane Corey, a consultant who does marketing work for Project Veritas, including photo shoots and web site maintenance.  Mr. Corey runs the marketing company, Gold State, located in Fredericksburg, VA.  Mr. O'Keefe will be traveling by car and staying at the house of his friend, John Christian Adams, at 100 Shore Lane, Kinsale, VA.  Project Veritas is covering his travel expenses.

6) From Westwood, New Jersey to Columbus, Ohio on June 29, 2012 and from Columbus, Ohio to Westwood, New Jersey on June 30, 2012. Mr. O'Keefe has been invited to speak at the We The People Convention on June 29th, sponsored by FreedomWorks.  The Convention

will take place at the Ohio Expo Center in Columbus, Ohio and Mr. O'Keefe will stay at a yet to be determined hotel, pending travel authorization. The Franklin Center will be covering Mr. O'Keefe's travel expenses.

We have conferred with Mr. O'Keefe's Probation Officer, Patrick Hattersley, and Assistant United States Attorney Jordan Ginsberg, who advise that they have no objection to the requested travel.

                                        Respectfully submitted,

                                        /s/ Michael J. Madigan

                                        Michael J. Madigan
                                        *Attorney for James O'Keefe*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 6th day of June, 2012, I mailed, faxed, or e-mailed the foregoing document and notice of electronic filing to Assistant United States Attorney Jordan Ginsberg.

 /s/ Michael J. Madigan

Michael J. Madigan
Orrick, Herrington & Sutcliffe LLP