IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>　　v.<br><br>JOSEPH BASEL<br>STAN DAI<br>ROBERT FLANAGAN<br>JAMES O'KEEFE | Criminal Action No. 10-00081<br><br><br>Magistrate 1<br>Magistrate Judge Daniel E. Knowles, III |

**MOTION TO PERMIT TRAVEL OUTSIDE THE STATE OF NEW JERSEY**

　　The undersigned represents James O'Keefe in connection with the above entitled matter where he is currently serving a probationary sentence imposed by the Honorable Magistrate Judge Knowles on May 26, 2010. Mr. O'Keefe has been advised by the Probation Department in New Jersey that all travel must be approved by the Sentencing Magistrate Judge.

　　Mr. O'Keefe requests permission for the following travel:

1) From Westwood, New Jersey to Alexandria, Virginia on July 20, 2012 and from Alexandria, Virginia to Westwood, New Jersey on July 22, 2012. Mr. O'Keefe has been invited to speak at the Smart Girl Summit hosted by Smart Girl Politics, a nonprofit organization focused on bringing more women into the political process. He will be traveling by car and staying at the Westin Alexandria at 400 Courthouse Square in Alexandria, VA. The Franklin Center is covering his travel expenses.

2) From Westwood, New Jersey to Raleigh, North Carolina on July 26, 2012 and from Raleigh, North Carolina to Westwood, New Jersey on July 28, 2012. Mr. O'Keefe will be speaking at a Citizen Watchdog Training with The Civitas Institute. The training is

sponsored by the Franklin Center.  Mr. O'Keefe will be traveling by plane and staying at the Doubletree by Hilton Hotel at 1701 Hillsborough Street in Raleigh, NC.  The Franklin Center is covering his travel expenses.

We have conferred with Mr. O'Keefe's Probation Officer, Patrick Hattersley, and Assistant United States Attorney Jordan Ginsberg, who advise that they have no objection to the requested travel.

>Respectfully submitted,
>
>/s/ Michael J. Madigan
>
>Michael J. Madigan
>*Attorney for James O'Keefe*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 18th day of July 2012, I mailed, faxed, or e-mailed the foregoing document and notice of electronic filing to Assistant United States Attorney Jordan Ginsberg.

 /s/ Michael J. Madigan

Michael J. Madigan
Orrick, Herrington & Sutcliffe LLP