IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JOSEPH BASEL<br>STAN DAI<br>ROBERT FLANAGAN<br>JAMES O'KEEFE | Criminal Action No. 10-00081<br><br><br>Magistrate 1<br>Magistrate Judge Daniel E. Knowles, III |

## MOTION TO PERMIT TRAVEL OUTSIDE THE STATE OF NEW JERSEY

The undersigned represents James O'Keefe in connection with the above entitled matter where he is currently serving a probationary sentence imposed by the Honorable Magistrate Judge Knowles on May 26, 2010. Mr. O'Keefe has been advised by the Probation Department in New Jersey that all travel must be approved by the Sentencing Magistrate Judge.

Mr. O'Keefe requests permission for the following travel:

1) From Westwood, New Jersey to Washington, D.C. on August 2, 2012 and from Washington, D.C. to Westwood, New Jersey on August 3, 2012. Mr. O'Keefe has been invited to speak at the 6th annual Defending the American Dream Summit sponsored by the Americans for Prosperity Foundation. Mr. O'Keefe will be traveling by car and staying at the Washington Hilton on 1919 Connecticut Ave, Washington, D.C. The Americans for Prosperity Foundation is covering his travel expenses.

We have conferred with Mr. O'Keefe's Probation Officer, Patrick Hattersley, and Assistant United States Attorney Jordan Ginsberg, who advise that they have no objection to the requested travel.

          Respectfully submitted,

          /s/ Michael J. Madigan

          Michael J. Madigan
          *Attorney for James O'Keefe*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 31st day of July 2012, I mailed, faxed, or e-mailed the foregoing document and notice of electronic filing to Assistant United States Attorney Jordan Ginsberg.

 /s/ Michael J. Madigan

Michael J. Madigan
Orrick, Herrington & Sutcliffe LLP