IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Criminal Action No. 10-00081 |
| JOSEPH BASEL<br>STAN DAI<br>ROBERT FLANAGAN<br>JAMES O'KEEFE | Magistrate 1<br>Magistrate Judge Daniel E. Knowles, III |

## MOTION TO PERMIT TRAVEL OUTSIDE THE STATE OF NEW JERSEY

The undersigned represents James O'Keefe in connection with the above entitled matter where he is currently serving a probationary sentence imposed by the Honorable Magistrate Judge Knowles on May 26, 2010. Mr. O'Keefe has been advised by the Probation Department in New Jersey that all travel must be approved by the Sentencing Magistrate Judge.

Mr. O'Keefe requests permission for the following travel:

1) From Newark, New Jersey to Omaha, Nebraska by air to attend "Citizen Journalist Training." Mr. O'Keefe has been invited by the sponsors of this conference, the Franklin Center for Government & Public Integrity and Americans for Prosperity, to speak at the conference on Thursday, September 13, 2012. The Franklin Center will pay for all travel expenses including an airline ticket from Newark, New Jersey to Omaha, Nebraska. Mr. O'Keefe will also receive a stipend for his speech. Should the Court approve this request, Mr. O'Keefe will be flying on September 12, 2102 on US Airways flight 449 from Newark, New Jersey to Charlotte, North Carolina and then on US Airways flight 2625 from Charlotte, North Carolina to Omaha, Nebraska. Mr. O'Keefe will be returning on September 14, 2012 on US Airways flight 2674 from Omaha, Nebraska to Charlotte, North Carolina and then on

US Airways flight 721 from Charlotte, North Carolina to Newark, New Jersey Mr. O'Keefe will be staying at the Courtyard Omaha LaVista, 12560 Westport Parkway, LaVista, Nebraska.

We have conferred with Mr. O'Keefe's Probation Officer, Patrick Hattersley, and Assistant United States Attorney Jordan Ginsberg, who advise that they have no objection to the requested travel.

                                        Respectfully submitted,

                                        /s/ Michael J. Madigan

                                        Michael J. Madigan
                                        *Attorney for James O'Keefe*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 7th day of September, 2012, I mailed, faxed, or e-mailed the foregoing document and notice of electronic filing to Assistant United States Attorney Jordan Ginsberg.

/s/ Michael J. Madigan

Michael J. Madigan
Orrick, Herrington & Sutcliffe LLP