IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| UNITED STATES OF AMERICA | |
|---|---|
| v. | Criminal Action No. 10-00081 |
| JOSEPH BASEL<br>STAN DAI<br>ROBERT FLANAGAN<br>JAMES O'KEEFE | Magistrate 1<br>Magistrate Judge Daniel E. Knowles, III |

## MOTION TO PERMIT TRAVEL OUTSIDE THE STATE OF NEW JERSEY

The undersigned represents James O'Keefe in connection with the above entitled matter where he is currently serving a probationary sentence imposed by the Honorable Magistrate Judge Knowles on May 26, 2010. Mr. O'Keefe has been advised by the Probation Department in New Jersey that all travel must be approved by the Sentencing Magistrate Judge.

Mr. O'Keefe requests permission for the following travel:

1) From Newark, New Jersey to Tampa, Florida by air to attend "Citizen Watchdog Training." Mr. O'Keefe has been invited by the sponsors of this conference, the Franklin Center for Government & Public Integrity and Americans for Prosperity, to speak at the conference on Saturday, September 29, 2012. The Franklin Center will pay for all travel expenses including an airline ticket from Newark, New Jersey to Tampa, Florida. Mr. O'Keefe will also receive a stipend for his speech. Should the Court approve this request, Mr. O'Keefe will be flying on September 28, 2102 on US Airways flight 4525 from Newark, New Jersey to Philadelphia, Pennsylvania and then on US Airways flight 769 from Philadelphia, Pennsylvania to Tampa, Florida. Mr. O'Keefe will be returning on September 30, 2012 on US Airways flight 1664 from Tampa, Florida to Charlotte, North Carolina and

then on US Airways flight 1972 from Charlotte, North Carolina to Newark, New Jersey Mr. O'Keefe will be staying at the Mainsail Suites Hotel and Conference Center 5108 Eisenhower Blvd. South Tampa, FL 33634; and

2) From New Jersey to Denver, Colorado by air to attend the "Conservative Political Action Conference". Mr. O'Keefe has been invited by the sponsors of this conference, the Franklin Center for Government & Public Integrity and the Americans Conservative Union, to speak at the conference on Thursday, October 4, 2012. Mr. O'Keefe has also been invited by the Franklin Center for Government and Public Integrity to speak at the "Citizen Watchdog Training-Colorado Springs" on Saturday, October 6, 2012. The Franklin Center will pay for all travel expenses and will purchase an airline ticket from Newark, New Jersey to Denver Colorado upon the Court's approval of this request, should it be forthcoming. The exact dates of air travel are not known specifically, but Mr. O'Keefe will be staying at the Crowne Plaza Denver International Airport 15500 East 40th Ave. Denver, CO 80239 and Broadmore Hotel 1 Lake Ave. Colorado Springs, CO 80906.

We have conferred with Mr. O'Keefe's Probation Officer, Patrick Hattersley, and Assistant United States Attorney Jordan Ginsberg, who advise that they have no objection to the requested travel.

                                                            Respectfully submitted,

                                                            /s/ Michael J. Madigan

                                                            Michael J. Madigan
                                                            *Attorney for James O'Keefe*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 19th day of September, 2012, I mailed, faxed, or e-mailed the foregoing document and notice of electronic filing to Assistant United States Attorney Jordan Ginsberg.

/s/ Michael J. Madigan

Michael J. Madigan
Orrick, Herrington & Sutcliffe LLP