IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Criminal Action No. 10-00081 |
| JOSEPH BASEL<br>STAN DAI<br>ROBERT FLANAGAN<br>JAMES O'KEEFE | Magistrate 1<br>Magistrate Judge Daniel E. Knowles, III |

## MOTION TO PERMIT TRAVEL OUTSIDE THE STATE OF NEW JERSEY

The undersigned represents James O'Keefe in connection with the above entitled matter where he is currently serving a probationary sentence imposed by the Honorable Magistrate Judge Knowles on May 26, 2010. Mr. O'Keefe has been advised by the Probation Department in New Jersey that all travel must be approved by the Sentencing Magistrate Judge.

Mr. O'Keefe requests permission for the following travel:

1) From Newark, New Jersey to Napa, California by air to attend the annual board meeting of the Associated Builders and Contractors California Cooperation Committee, Inc., d/b/a the California Construction Compliance Group. Mr. O'Keefe has been invited by the non-profit group, to speak at the annual board meeting on Saturday, October 27, 2012. The California Construction Compliance Group will pay for all travel expenses including an airline ticket from Newark, New Jersey to Napa, California. Mr. O'Keefe will also receive a stipend for his speech. Should the Court approve this request, Mr. O'Keefe will be flying on October 26, 2102 on US Airways flight 4455 from Newark, New Jersey to Philadelphia, Pennsylvania and then on US Airways flight 657 from Philadelphia, Pennsylvania to San Francisco, California. Mr. O'Keefe will be returning on October 28, 2012 on US Airways flight 185

from Oakland, California to Phoenix, Arizona and then on US Airways flight 683 from Phoenix, Arizona to Newark, New Jersey. Mr. O'Keefe will be staying at the Silverado Resort and Spa, 1600 Atlas Peak Road, Napa California.

We have conferred with Mr. O'Keefe's Probation Officer, Patrick Hattersley, and Assistant United States Attorney Jordan Ginsberg, who advise that they have no objection to the requested travel.

    Respectfully submitted,

    /s/ Michael J. Madigan

    Michael J. Madigan
    *Attorney for James O'Keefe*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 15th day of October, 2012, I mailed, faxed, or e-mailed the foregoing document and notice of electronic filing to Assistant United States Attorney Jordan Ginsberg.

/s/ Michael J. Madigan

Michael J. Madigan
Orrick, Herrington & Sutcliffe LLP