IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA <br><br> v. <br><br> JOSEPH BASEL <br> STAN DAI <br> ROBERT FLANAGAN <br> JAMES O'KEEFE | Criminal Action No. 10-00081 <br><br><br> Magistrate 1 <br> Magistrate Judge Daniel E. Knowles, III |

## Order

Having considered the motion of James O'Keefe to travel outside the State of New Jersey;

**IT IS HEREBY ORDERED** that Mr. O'Keefe's requests to travel outside the State of New Jersey are GRANTED. Mr. O'Keefe may travel on the dates and for the purposes detailed in his Motion.

New Orleans, Louisiana this  16th  day of October 2012.

_Daniel E. Knowles, III_

Magistrate Judge Daniel E. Knowles, III