IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JOSEPH BASEL<br>STAN DAI<br>ROBERT FLANAGAN<br>JAMES O'KEEFE | Criminal Action No. 10-00081<br><br><br>Magistrate 1<br>Magistrate Judge Daniel E. Knowles, III |

### MOTION TO PERMIT TRAVEL OUTSIDE THE STATE OF NEW JERSEY

The undersigned represents James O'Keefe in connection with the above entitled matter where he is currently serving a probationary sentence imposed by the Honorable Magistrate Judge Knowles on May 26, 2010. Mr. O'Keefe has been advised by the Probation Department in New Jersey that all travel must be approved by the Sentencing Magistrate Judge.

Mr. O'Keefe requests permission for the following travel:

1) From Newark, New Jersey to Amelia Island, Florida by air to attend the Franklin Center for Government and Public Integrity Amelia Island Training Seminar and the 20th Annual SPN (State Policy Network) Meeting. Mr. O'Keefe will attend the Amelia Island Training Seminar from November 11, 2012 to November 13, 2012. Mr. O'Keefe will attend the 20th Annual SPN Meeting from November 13, 2012 to November 16, 2012. Should the Court approve this request, Mr. O'Keefe will be flying on November 11, 2012 on United Airlines flight 4281 from Newark, New Jersey to Jacksonville, Florida. Mr. O'Keefe will be returning on November 17, 2012 on United Airline Flight 4388 from Jacksonville Florida to Newark, New Jersey. Mr. O'Keefe will be staying at The Ritz-Carlton Amelia Island, 4750 Amelia Island Parkway, Amelia Island, Florida.

We have conferred with Mr. O'Keefe's Probation Officer, Patrick Hattersley, and Assistant United States Attorney Jordan Ginsberg, who advise that they have no objection to the requested travel.

      Respectfully submitted,

      /s/ Michael J. Madigan_____

      Michael J. Madigan
      *Attorney for James O'Keefe*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 7th day of November, 2012, I mailed, faxed, or e-mailed the foregoing document and notice of electronic filing to Assistant United States Attorney Jordan Ginsberg.

/s/ Michael J. Madigan

Michael J. Madigan
Orrick, Herrington & Sutcliffe LLP