IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Criminal Action No. 10-00081 |
| JOSEPH BASEL<br>STAN DAI<br>ROBERT FLANAGAN<br>JAMES O'KEEFE | Magistrate 1<br>Magistrate Judge Daniel E. Knowles, III |

## MOTION TO PERMIT TRAVEL OUTSIDE THE STATE OF NEW JERSEY

The undersigned represents James O'Keefe in connection with the above entitled matter where he is currently serving a probationary sentence imposed by the Honorable Magistrate Judge Knowles on May 26, 2010. Mr. O'Keefe has been advised by the Probation Department in New Jersey that all travel must be approved by the Sentencing Magistrate Judge.

Mr. O'Keefe requests permission for the following travel:

1) From Newark, New Jersey to Raleigh, North Carolina by air to attend the Conservative Leadership Conference, which is sponsored by the Civitas Institute. Mr. O'Keefe will attend the conference from March 1, 2013 to March 2, 2013. Mr. O'Keefe will also be speaking at the conference on March 1, 2013. Should the Court approve this request, Mr. O'Keefe will be flying on February 28, 2013 on United Airlines flight 4399 from Newark, New Jersey to Raleigh, North Carolina. Mr. O'Keefe will be returning on March 2, 2013 on United Airline Flight 4088 from Raleigh, North Carolina to Newark, New Jersey. Mr. O'Keefe will be staying at Raleigh Marriot Crabtree Valley, 4500 Marriot Drive, Raleigh, North Carolina.

We have conferred with Mr. O'Keefe's Probation Officer, Patrick Hattersley, and Assistant United States Attorney Jordan Ginsberg, who advise that they have no objection to the requested travel.

Respectfully submitted,

_/s/ Michael J. Madigan_____

Michael J. Madigan
*Attorney for James O'Keefe*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 13th day of February 2013, I mailed, faxed, or e-mailed the foregoing document and notice of electronic filing to Assistant United States Attorney Jordan Ginsberg.

    /s/ Michael J. Madigan

Michael J. Madigan
Orrick, Herrington & Sutcliffe LLP