IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>    v.<br><br>JOSEPH BASEL<br>STAN DAI<br>ROBERT FLANAGAN<br>JAMES O'KEEFE | Criminal Action No. 10-00081<br><br><br>Magistrate 1<br>Magistrate Judge Daniel E. Knowles, III |

### MOTION TO PERMIT TRAVEL OUTSIDE THE STATE OF NEW JERSEY

The undersigned represents James O'Keefe in connection with the above entitled matter where he is currently serving a probationary sentence imposed by the Honorable Magistrate Judge Knowles on May 26, 2010. Mr. O'Keefe has been advised by the Probation Department in New Jersey that all travel must be approved by the Sentencing Magistrate Judge.

Mr. O'Keefe requests permission for the following travel:

1) From Newark, New Jersey to Palm Beach, Florida by air to attend the "Club for Growth Winter Economic Conference 2013."  The Club for Growth promotes a high growth economy through limited Government and economic freedom.  Should the Court approve this request, Mr. O'Keefe will be flying on March 7, 2013 on Jet Blue Airways flight 545 from Newark, New Jersey to Palm Beach, Florida.  Mr. O'Keefe will be returning on March 10, 2013 on Jet Blue Airways flight 544 from Palm Beach, Florida to Newark, New Jersey. Mr. O'Keefe will be staying at The Breakers Hotel, One South County Road, Palm Beach, Florida 33480 and the Club For Growth is covering his hotel expenses.

2)  From Westwood, New Jersey to National Harbor, Maryland by car to attend the "Conservative Political Action Conference 2013".  Should the Court approve this request,

Mr. O'Keefe will be driving to National Harbor on March 13, 2013 and returning to New Jersey on March 17, 2013. Mr. O'Keefe will be staying at the Gaylord Hotel, 201 Waterfront Street, National Harbor, Maryland 20745.                                               .

3) From Westwood, New Jersey to Olean, New York by car to help Mr. O' Keefe's elderly grandmother move her belongings into a storage facility. Should the Court approve this request, Mr. O'Keefe will be driving to Olean, New York on March 24, 2013 and returning to New Jersey on March 26, 2013. Mr. O'Keefe will be staying at the Best Western Hotel, 3051 Route 417, Olean, New York 14760.

We have conferred with Mr. O'Keefe's Probation Officer, Patrick Hattersley, and Assistant United States Attorney Jordan Ginsberg, who advise that they have no objection to the requested travel.

Respectfully submitted,

  /s/ Michael J. Madigan

Michael J. Madigan
*Attorney for James O'Keefe*

## **CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on the 1st day of March, 2013, I mailed, faxed, or e-mailed the foregoing document and notice of electronic filing to Assistant United States Attorney Jordan Ginsberg.

                                                                    /s/ Michael J. Madigan_____

                                                              Michael J. Madigan  
                                                              Orrick, Herrington & Sutcliffe LLP