IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JOSEPH BASEL<br>STAN DAI<br>ROBERT FLANAGAN<br>JAMES O'KEEFE | Criminal Action No. 10-00081<br><br><br>Magistrate 1<br>Magistrate Judge Daniel E. Knowles, III |

## MOTION TO PERMIT TRAVEL OUTSIDE THE STATE OF NEW JERSEY

The undersigned represents James O'Keefe in connection with the above entitled matter where he is currently serving a probationary sentence imposed by the Honorable Magistrate Judge Knowles on May 26, 2010. Mr. O'Keefe has been advised by the Probation Department in New Jersey that all travel must be approved by the Sentencing Magistrate Judge.

Mr. O'Keefe requests permission for the following travel:

1) From Westwood, New Jersey to Palm Beach, Florida on April 27, 2013 and returning from Palm Beach, Florida to Westwood, New Jersey on the same day. Mr. O'Keefe has a meeting with a potential donor for Project Veritas and, pending approval, will be flying to Palm Beach and returning that same day. Project Veritas will be paying for Mr. O'Keefe's flights.

2) From Westwood, New Jersey to Irving, Texas on May 10, 2013 and from Irving, Texas to Westwood, New Jersey on May 13, 2013. Mr. O'Keefe has been invited to speak at BlogCon 2013, a conference to train and empower bloggers. The conference will be taking place at the Omni Mandalay Bay Hotel at Las Colinas, 221 East Las Colinas Boulevard in

Irving, Texas.  Mr. O'Keefe will also be staying at the Omni Mandalay Bay Hotel.  Pending approval, Mr. O'Keefe will leave Friday, May 10 on United Flight #1523 and returning on Monday, May 13 on United Flight #686.  FreedomWorks and the Franklin Center are co-sponsoring the event and will be covering Mr. O'Keefe's travel expenses.

We have conferred with Mr. O'Keefe's Probation Officer, Patrick Hattersley, and Assistant United States Attorney Jordan Ginsberg, who advise that they have no objection to the requested travel.

                Respectfully submitted,

                /s/ Michael J. Madigan

                Michael J. Madigan
                *Attorney for James O'Keefe*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 17th day of April 2013, I mailed, faxed, or e-mailed the foregoing document and notice of electronic filing to Assistant United States Attorney Jordan Ginsberg.

    /s/ Michael J. Madigan

Michael J. Madigan
Orrick, Herrington & Sutcliffe LLP