IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JOSEPH BASEL<br>STAN DAI<br>ROBERT FLANAGAN<br>JAMES O'KEEFE | Criminal Action No. 10-00081<br><br>Magistrate 1<br>Magistrate Judge Daniel E. Knowles, III |

## MOTION TO PERMIT TRAVEL OUTSIDE THE STATE OF NEW JERSEY

The undersigned represents James O'Keefe in connection with the above entitled matter where he is currently serving a probationary sentence imposed by the Honorable Magistrate Judge Knowles on May 26, 2010. Mr. O'Keefe has been advised by the Probation Department in New Jersey that all travel must be approved by the Sentencing Magistrate Judge.

Mr. O'Keefe requests permission for the following travel:

1) From Westwood, New Jersey to Chicago, Illinois on May 14, 2013 and returning from Chicago, Illinois to Westwood, New Jersey on May 15, 2013. Mr. O'Keefe has been invited to speak at a film screening and panel discussion at Northwestern University. The Northwestern University College Republicans are sponsoring the event which includes a screening of the film *Hating Breitbart*. Mr. O'Keefe will be traveling by air and his flights and hotel are to be determined, pending approval. The event will take place at Northwestern University, 2145 Sheridan Rd., Evanston, IL, 90201 and the film will be covering Mr. O'Keefe's travel expenses.

We have conferred with Mr. O'Keefe's Probation Officer, Patrick Hattersley, and

Assistant United States Attorney Jordan Ginsberg, who advise that they have no objection to the requested travel.

Respectfully submitted,

/s/ Michael J. Madigan

Michael J. Madigan
*Attorney for James O'Keefe*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 10th day of May 2013, I mailed, faxed, or e-mailed the foregoing document and notice of electronic filing to Assistant United States Attorney Jordan Ginsberg.

    /s/ Michael J. Madigan

Michael J. Madigan
Orrick, Herrington & Sutcliffe LLP